Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to Secured Creditor ECapital Loan Fund III LP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
Phone: (516) 296-7000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                         Chapter 11
                                                                                     Case No. 23-70617-reg
OUTPOST PINES LLC,

                        Debtor.
---------------------------------------------------------X

## **STATEMENT REGARDING SETTLEMENT AGREEMENT**

As provided for in the Settlement Agreement (*see* ECF Doc. No. 72 - Amended Plan Exhibit B) the Deed-In-Lieu of Foreclosure Agreement was entered into as of October 23, 2023 by and among Outpost Pines, LLC, Fire Island Pines Pavilion, LLC, Fire Island Pines Canteen, LLC, Fire Island Pines Blue Whale, LLC, Fire Island Pines Hotel, LLC, Fire Island Pines Realty, LLC, Outpost Pines Holdings, LLC, Outpost Pines Intermediate Holdings I, LLC, Outpost Pines Intermediate Holdings II, LLC, and ECapital Loan Fund III LP.  A copy of the Deed-In-Lieu of Foreclosure Agreement and the documents entered into with respect thereto are being held in escrow by such parties and their respective counsel and remain subject to the terms and conditions of the Settlement Agreement.

Dated: East Meadow, New York
     October 28, 2023                CERTILMAN BALIN ADLER &
                                            HYMAN, LLP
                                            Counsel to ECapital Loan Fund III LP

                                            _/s/Robert D. Nosek_____
                                            **RICHARD J. MCCORD, ESQ.**
                                            **Robert D. Nosek, Esq.**
                                            90 Merrick Avenue, 9th Floor
                                            East Meadow, New York 11554
                                            (516) 296-7000