UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re Chapter 11

Outpost Pines LLC Case no. 23-70617 (REG)

Debtor.
-------------------------------------------------------x

**NOTICE OF EFFECTIVE DATE OF CHAPTER 11 PLAN**

PLEASE TAKE NOTICE, that the effective date of the Chapter 11 Plan of Reorganization in the above-captioned case was November 1, 2023.

Dated: New York, New York
November 3, 2023

BACKENROTH FRANKEL & KRINSKY, LLP
Attorneys for the Debtor

By: s/Mark A. Frankel
488 Madison Avenue
New York, New York 10022
(212) 593-1100