UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                 Chapter 11

       Outpost Pines, LLC,                  Case no.  23-70617

                          Debtor.

--------------------------------------------------------x

## NOTICE OF HEARING ON
## APPLICATIONS FOR FINAL COMPENSATION

         PLEASE TAKE NOTICE, that a hearing will be held before the Honorable Robert E Grossman at the United States Bankruptcy Court, United States Bankruptcy Court, Federal Plaza, Central Islip, New York 11722,, on December 4, 2023 at 9:30 a.m., or as soon thereafter as counsel can be heard, to consider the requests for interim compensation under section 330 of the Bankruptcy Code of (a) Backenroth Frankel & Krinsky, LLP, counsel to the Debtor, for $110,064 in fees, plus disbursements of $2,724 for a total of $112,788, and that the Debtor pay that the less interim compensation paid of $$102,894, leaving a net amount to be paid of $9,894 and (b) Cohen & Gresser LLP, special counsel to the Debtor for $177,623.50 in fees, plus $19.50 in disbursements for a total of $177,643 less interim compensation paid of $132,455 leaving a net amount to be paid of $45,188.  Those intending to appear at the Hearing must register with eCourt Appearances no later than two days prior to the Hearing.  Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126.  If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Grossman's courtroom deputy for instructions at 631-712-6276 reg_hearings@nyeb.uscourts.gov.

         PLEASE TAKE FURTHER NOTICE, that objections shall be filed electronically or with the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Federal Plaza, Central Islip, New York 11722,, and served upon the undersigned and the United States Trustee, United States Bankruptcy Court, Federal Plaza, Central Islip, New York 11722; so as to be received at least seven days prior to the hearing date.

         PLEASE TAKE FURTHER NOTICE, that the fee applications are available upon request of the undersigned, and may also be obtained on the Bankruptcy Court's internet site: www.nyeb.uscourts.gov.

Dated: New York, New York
       November 10, 2023

                          BACKENROTH FRANKEL & KRINSKY, LLP
                          Attorneys for the Debtor

                          By: s/Mark A. Frankel
                               488 Madison Avenue Fl 23
                               New York, New York 10022
                               (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                    Chapter 11

      Outpost Pines, LLC                                    Case no.  23-70617

                         Debtor.
-----------------------------------------------------------x

## **SUMMARY SHEET:  BACKENROTH FRANKEL & KRINSKY, LLP**

| Interim Fees Sought | Interim Fees Awarded | Interim Expenses Sought | Interim Expenses Awarded | Fees Sought in this Application | Expenses Sought in this Application |
|---|---|---|---|---|---|
| $110,064 | $100,064 | - $2,724 | $2,724 | $9,894 | – 0 – |

| Name of Professional | Year of Bar Admission | Hours Billed | Hourly Rate | Blended Hourly Rate |
|---|---|---|---|---|
| Mark A Frankel | 1984 | 162.7 | 675 | 675 |
| | | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                    Chapter 11

    Outpost Pines, LLC                              Case no.  23-70617

                   Debtor.
--------------------------------------------------------x

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BACKENROTH FRANKEL & KRINSKY, LLP, PURSUANT TO SECTION 330 OF THE BANKRUPTCY CODE

      Backenroth Frankel & Krinsky, LLP ("BFK" or "Applicant"), attorneys for Outpost Pines, LLC (the "Debtor"), as and for its final application for allowance of compensation and reimbursement of expenses for the period of February 27, 2023 through November 1, 2023 under §330 of the Bankruptcy code, for final compensation of $110,064 in fees, plus disbursements of $2,724 for a total of $112,788 and that the Debtor be authorized to pay that amount to the Applicant, less the $102,894 previously paid, leaving a net amount to be paid of $9,894, respectfully represents as follows:

### APPLICATION

      1.      On February 27, 2023 ("Petition Date"), the Debtor filed a Chapter 11 petition under Title 11 of the United States Code, 11 U.S.C. 101 et seq. (the "Bankruptcy Code").

      2.      The Debtor owns, and through non-Debtor affiliates, operates properties (the "Properties") in the Fire Island Pines community (the "Pines").  The Pines is the largest LGBTQ+ resort in the United States and welcomes over 250,000 people each season.

      3.      The Properties are mixed-use and account for about 80% of the Pines commercial district.  In season, the Debtor's non-Debtor affiliates employ 120 workers,

entertainers, DJs and other artists.  The Debtor's affiliates provide the major source of food, beverage, shopping, entertainment and community to the homeowners and renters that surround the Debtor's Properties.

4.      At 49 & 56 Picketty Ruff Walk, an affiliate runs the Blue Whale restaurant and bar, and the hotel featuring 19 guestrooms, a retail store and a leased office ("Hotel").  37 Fire Island Boulevard is the Pavilion building.  The ground floor features a gym and juice bar, two retail stores and administrative offices. The upper floor features the Pavilion nightclub and outside bar. 28 Fire Island Boulevard is a three-bedroom two-bathroom house that serves as a staff accommodation.  16 Atlantic Walk is a 16-bedroom/eight-bathroom residence built in 1975 and renovated in 2016 that also houses resort staff in the summer season.

5.      The Properties also feature about 320 feet of frontage along the harbor, with room for 9 boat slips with an average size of 35 feet.

6.      On March 31, 2015, the Debtor borrowed $8 million from Progressive Credit Union (the "Loan") under an agreement ("Loan Agreement") to acquire the Properties.  The Loan Agreement has a ten-year term, the interest rate is 3% and has a five-year extension option. The Loan was assigned to Pentagon Federal Credit Union and then to Mortgagee ECapital Loan Fund III LP.

7.      The Debtor paid the Lender timely until the pandemic related government-ordered shutdown of the hospitality industry.  The travel restrictions and quarantine requirements caused the Debtor to delay its 2020 seasonal opening and to dramatically curtail operations when it did open on May 29, 2020.  When the government lifted restaurant and bar seating and social distancing requirements in June 2021, the Debtor and Debtor affiliates resumed reduced operations

for the 2021 season and full operations for the 2022 season.  Income rebounded and exceeded pre-pandemic levels.

8.      Meanwhile, the Lender agreed to defer debt service for May 2020 through September 2020 and extended the Loan maturity date from April 1, 2025 to October 1, 2025.  At the Lender's request, on August 6, 2021, the Debtor made a formal written restructuring proposal, and then another on April 7, 2022.

9.      By then, the Lender had accelerated its Loan and demanded payment in full of all amounts due including principal, interest, default interest and other charges.  On January 19, 2022, the Lender commenced a foreclosure action in the Supreme Court of Suffolk County.  The case was largely dormant while counsel to the parties continued to negotiate.

10.     The Debtor repeatedly offered to reinstate the Loan once its business rebounded and it had access to enough cash.  The Lender repeatedly refused tender unless the Debtor paid five times the amount of the overdue interest as a penalty for late payment.

11.     On November 4, 2022, the Debtor was notified that ECapital Loan Fund III acquired the Loan.

12.     Fearing the *ex-parte* appointment of receiver who likely could not preserve and protect the value of the Debtor's unique operation, the Debtor commenced this Chapter 11 case to save its business and over 120 jobs.

13.     The Debtor estimates that $7,347,551 of principal is due on the Loan.  The Lender asserts that the Debtor owes about $2,385,000 for 16% default interest, as compared to about $532,000 for 3% regular interest.  Amortization payments are due as well.  The Lender also demands escrow replenishments of about $218,000, legal fees of $25,000 and late charges of

$14,764, none of which the Debtor can concede absent more detail and analysis.  The Debtor

projects that the ultimate cure cost to reinstate the Loan will be between $1,254,674 and $3,108,142

for interest, amortization, escrow replenishments, legal fees and late fees.

14.     Aside from mortgage debt, the Debtor's obligations include an insider loan

of about $1,549,221, an SBA disaster assistance loan of about $161,941 and vendor claims of about

$8,200.

15.     The Debtor filed its schedules, bar date application, cash collateral

application, attorney retention applications and Plan and disclosure statement ("Disclosure

Statement") with its Chapter 11 petition.

16.     The Plan invokes section 1124(2) of the Bankruptcy Code, under which a

creditor may be compelled to reinstate an obligation in default even if the obligation could not be

reinstated under state law.  The Debtor provided extensive briefing in the Disclosure Statement

explaining why, section 1124(2), the Debtor asserts that it should not have to pay default interest as

a condition to reinstatement.

17.     The Court approved the Disclosure Statement at the first hearing scheduled

and confirmation for May 24, 2023.

18.     Following Disclosure Statement approval, the parties engaged in good faith

negotiations.  Those negotiations were interrupted when the Town of Brookhaven building

inspector condemned the Hotel.

19.     Fortunately, the conditions leading to condemnation were not as bad as

feared.  The repair costs were about $60,000 to reopen the first floor.

20.     Settlement negotiations resumed and the parties ultimately executed the
Settlement Agreement.  Under the Settlement Agreement, the parties agreed to a sale process for all
of the real estate underlying the Outpost businesses on a going concern basis, including both the
Debtor's real estate and the real estate owned by an ECapital affiliate subject to the Debtor's
ground lease. The parties agreed that the Debtor would retain Muroff Hospitality Group as broker.

21.     In full and final satisfaction of its claims against the Debtor, ECapital
agreed to accept (a) a $11,200,000 ("Breakpoint") gross purchase price until November 1, 2024 or
(b) if the Properties are not sold by November 1, 2024, the Debtor will surrender its properties to
ECapital.  The Debtor agreed further to use reasonable efforts to reopen lapsed building permits to
rebuild the Hotel (with no obligation to rebuild the Hotel), to pay ground lease rent on the Canteen,
to pay debt service at the non-default contract rate of 3%, to pay real estate taxes, to operate the
business, and to be responsible for any operating losses.  The Debtor is entitled to retain accrued
and accruing net operating income.  On or before October 1, 2024, the Debtor is also obligated to
deposit $300,000 in escrow to either be applied towards the Breakpoint, or retained by ECapital if
there is no sale.

22.     Except for the revision to ECapital's treatment under the Plan, all other
creditors are entitled to the same payment as before the revision.

23.     On October 31, 2023, the Bankruptcy Court entered an order confirming the
Plan as amended to incorporate the settlment, and the Plan was consummated on November 1,
2023.

24.     BFK has assisted the Debtor by negotiating, filing and appearing in Court
on all matters set forth above, a bar date application, retention applications.  In addition, BFK has

assisted the Debtor in its interactions with third parties, consultations with co-counsel, responding to inquiries and coordinating with the Office and the United States Trustee.

25.    For BFK to fulfill its responsibilities to the Debtor and its creditors, it was necessary for BFK to expend $110,064 in time charges and $2,724 in disbursements, for a total of $112,788 calculated as follows:

| Name of Professional | Year of Bar Admission | Hours Billed | Hourly Rate | Total |
|---|---|---|---|---|
| Mark A. Frankel | 1984 | 162.7 | $675 | $110,064 |
| Disbursements | | | | $2,724 |
| Grand Total | | | | $112,788 |

26.    A schedule of time charges for the current period is annexed as Schedule A, followed by the schedule from the prior interim application.

27.    A breakdown of the time charges follows for the current period follows:

| | | |
|---|---|---|
| Asset Disposition | 0.5 | $347.50 |
| Case Administration | 0.8 | $556.00 |
| Fee/Employment Applications | 3.30 | 2249.00 |
| Claims and Plan | 0.1 | $69.50 |
| Plan and Disclosure Statement (including Business Plan) | 8.6 | $5,977.00 |
| Settlement/Non-Binding ADR | 1.0 | $695.00 |
| | 14.3 | $9,894.00 |

The breakdown of time charges copied from the prior interim application follows:

| | | |
|---|---|---|
| Asset Analysis and Recovery | 2.6 | $1,755.00 |

| | | |
|---|---|---|
| Asset Disposition | 0.6 | $405.00 |
| Assumption/Rejection of Leases and Contracts | 3.4 | $2,295.00 |
| Business Operations | 7.3 | $4,927.50 |
| Case Administration | 13.8 | $9,315.00 |
| Claims Administration and Objections | 1.4 | $945.00 |
| Claims and Plan | 0.3 | $202.50 |
| Discovery | 4 | $2,700.00 |
| Fee/Employment Applications | 11.9 | $8,032.50 |
| Financing/Cash Collections | 2.9 | $1,957.50 |
| Meetings of and Communications with Creditors | 6.7 | $4,522.50 |
| Other Case Assessment, Development and Administration | 2.0 | $1,350.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 15.3 | 10327.5 |
| Plan and Disclosure Statement (including Business Plan) | 56.7 | $38,272.50 |
| Post-Trial Motions and Submissions | 0.1 | $67.50 |
| Settlement/Non-Binding ADR | 19.4 | $13,095.00 |

**CONCLUSION**

WHEREFORE, Applicant respectfully request that the fees and disbursements be awarded in the amounts requested herein, that the Debtor be authorized to pay that amount to the Applicant, and that the Court grant such other, further and different relief as is just and proper.

Dated: New York, New York
      November 20, 2023

                                BACKENROTH FRANKEL & KRINSKY, LLP
                                Attorneys for the Debtor

By:    /s/ Mark Frankel
            488 Madison Avenue, 23rd Floor
            New York, New York 10022
            (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                          Chapter 11

      Outpost Pines, LLC                                  Case no.  23-70617

                         Debtor.
--------------------------------------------------------x

## <u>CERTIFICATE OF PROFESSIONAL</u>

In accordance with the **Guidelines for Fees and Disbursements for**

**Professionals In the** EASTERN **District of New York Bankruptcy Cases** (the "Guidelines"),

Mark Frankel, a member of the firm of Backenroth, Frankel & Krinsky, LLP, 488 Madison

Avenue, New York, New York  10022 (the "Applicant"), hereby certifies as follows:

      1.      I have read the foregoing Application for Interim Allowance of

Compensation and Reimbursement of Expenses by Counsel for the Debtor (the "Application").

      2.      To the best of my knowledge, information and belief formed after

reasonable inquiry, the fees and disbursements sought fall within the Amended Guidelines and

the UST Guidelines for fee applications, except as specifically noted in this certification and

described in the fee application.

      3.      Except to the extent that fees or disbursements are prohibited by these

Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at

rates and in accordance with practices customarily employed by the applicant and generally

accepted by the applicant's clients.

      4.      In providing a reimbursable service, the applicant does not make a profit

on the service, whether the service is performed by the applicant in-house or through a third

party.

5.      The debtor has been provided with periodic statements of fees and disbursements accrued.

6.      A list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices is incorporated into the attached fee application. BFK professionals and paraprofessionals providing services record their time contemporaneously on a daily basis in increments of one tenth of an hour with a description of the services formed.

7.      The debtor has been provided with a copy of the relevant fee application at least 14 days before the date set by the court or any applicable rules for filing fee applications.

Dated: New York, New York
         November 20, 2023


                                    s/ Mark Frankel

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                     Chapter 11

      Outpost Pines, LLC                              Case no.  23-70617

                       Debtor.
---------------------------------------------------------x

## ORDER GRANTING APPLICATION FOR ALLOWANCE
## OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

      Upon the application (the "Application") of Backenroth Frankel & Krinsky, LLP ("BFK"), attorneys for the Debtor, for allowance of interim compensation and reimbursement of expenses for professional services rendered and expenses incurred during this Chapter 11 case, and upon the hearing held before this Court on December 4, 2023, and after due deliberation, and consideration sufficient cause appearing therefore, it is

      ORDERED that the Application be, and it hereby is, granted to the extent set forth in the Schedule annexed hereto, and that the Debtor pay that amount, less the $102,894 interim fees previously paid.

Case No.:  23-70617

Case Name:  Outpost Pines, LLC                                                                 **Schedule A**

### <u>INTERIM APPLICATION TOTALS</u>
September 26, 2023 through November 1, 2023

| (1)<br>Applicant | (2)<br>Date/Document Number of Application | (3)<br>Interim fees Requested on Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid for Current Fee Period | (6)<br>Fees to be Paid for Prior Fee Period(s) (if any) (i.e.,Holdback Release) | (7)<br>Total Fees to be Paid | (8)<br>Interim Expenses Requested | (9)<br>Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Backenroth Frankel & Krinsky, LLP | November 20, 2023<br>Docket No. | $9,894 | $9,894 | $9,894 | -0- | $9,894 | -0- | -0- |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Case No.:  23-70617

Case Name:  Outpost Pines, LLC

**Schedule B**

### FINAL APPLICATION TOTALS
February 27, 2023 through November 1, 2023

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees to be Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses to be Paid |
|---|---|---|---|---|
| Backenroth Frankel & Krinsky, LLP | $110,064 | $110,064 | $2,724 | $2,724 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Revised September 2011        DATE ON WHICH ORDER WAS SIGNED:            INITIALS: _____ USBJ

OUTPOST PINES LLC
Backenroth, Frankel Krinsky, LLP

| Date | Timekeeper | Description | Tm/Qty | Value |
|------|-----------|-------------|--------|-------|
| 09/26/2023 | Mark Frankel | Emails UST re plan amendment motion (.2); emails McCord re same (.1) | 0.30 | $208.50 |
| 09/26/2023 | Mark Frankel | Emails co-counsel re history agreement (.1); emails co-counsel re fee application (.1) | 0.20 | $139.00 |
| 09/26/2023 | Mark Frankel | Reviewed and revised 8/23 op reports (.3) | 0.30 | $208.50 |
| 09/27/2023 | Mark Frankel | Emails co-counsel re same (.1) | 0.10 | $69.50 |
| 09/27/2023 | Mark Frankel | T/c's co-counsel re fee application (.2) | 0.20 | $139.00 |
| 09/27/2023 | Mark Frankel | Revised plan and email co-counsel re same (.6) | 0.60 | $417.00 |
| 09/28/2023 | Mark Frankel | Revised and recirculated motion to amend plan (.5) | 0.50 | $347.50 |
| 09/28/2023 | Mark Frankel | Revised fee application | 1.10 | $764.50 |
| 09/29/2023 | Mark Frankel | Reviewed op reports (.3) b110 | 0.30 | $208.50 |
| 09/29/2023 | Mark Frankel | Completed amended plan (1.); completed motion to amend plan (.9) | 1.00 | $695.00 |
| 09/29/2023 | Mark Frankel | Completed fee application | 1.00 | $695.00 |
| 09/29/2023 | Mark Frankel | Drafting NOH re same (.4) | 0.40 | $278.00 |
| 10/09/2023 | Mark Frankel | Reviewed AOS re fee application (.1) | 0.10 | $69.50 |
| 10/12/2023 | Mark Frankel | Email co-counsel re settlement (.2) | 0.20 | $139.00 |
| 10/15/2023 | Mark Frankel | Teleconference Kaiser re settlement with lender (.4) | 0.40 | $278.00 |
| 10/16/2023 | Mark Frankel | Reviewed op report (.1) | 0.10 | $69.50 |
| 10/16/2023 | Mark Frankel | Email co-counsel re settlement and 10/23 hearing (.1) | 0.10 | $69.50 |
| 10/20/2023 | Mark Frankel | Emails UST re conf order (.3); t/c court re zoom appearance on 10/23 (.1); email co-counsel re same (.1); t/c co-counsel and client re same (.2) | 0.70 | $486.50 |
| 10/23/2023 | Mark Frankel | Prep for conf hearing (.5); to court re same (1.2); 50% travel time re same (1.0) | 2.70 | $1,876.50 |
| 10/24/2023 | Mark Frankel | Emails UST and lender re fee orders (.2); revised fee orders (.2) | 0.40 | $278.00 |
| 10/25/2023 | Mark Frankel | Revised conf order re lender comments (.3); email parties re same (.2); t/c Kaiser re same (.2); t/c's McCord re same (.3) | 1.00 | $695.00 |

OUTPOST PINES LLC
Backenroth, Frankel Krinsky, LLP

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/2023 | Mark Frankel | Email court re fee orders (.3) | 0.30 | $208.50 |
| 10/25/2023 | Yosi Edelstein | Upload proposed Orders for BFK & CG | 0.10 | $25.00 |
| 10/26/2023 | Mark Frankel | Teleconference McCord re conf order revisions (.2) | 0.20 | $139.00 |
| 10/27/2023 | Mark Frankel | Review proposed conf order revisions (.2); emails and t/c's re same (.4) | 0.60 | $417.00 |
| 10/27/2023 | Mark Frankel | Email YE re fee payment (.2) | 0.20 | $139.00 |
| 10/30/2023 | Mark Frankel | Reviewed filed E Cap statement re deed lien (.1) | 0.10 | $69.50 |
| 10/30/2023 | Mark Frankel | To court (.1) | 0.10 | $69.50 |
| 10/31/2023 | Mark Frankel | Emails UST and lender re conf order (.2); revised conf order (.2) | 0.40 | $278.00 |
| 11/01/2023 | Mark Frankel | Emails YE re payments to creditors (.5) | 0.50 | $347.50 |
| 11/01/2023 | Mark Frankel | Review conf order and email client and co-counsel re same (.1) | 0.10 | $69.50 |
| | | | 14.30 | $9,894.00 |

| Date | Timekeeper | Description | Tm/Qty | Value | Task/Exp | Task/Exp Code |
|------|-----------|-------------|--------|-------|----------|---------------|
| 11/01/2023 | Mark Frankel | Emails YE re payments to creditors (.5) | 0.50 | $347.50 | Asset Disposition | B130 |
| 09/26/2023 | Mark Frankel | Reviewed and revised 8/23 op reports (.3) | 0.30 | $208.50 | Case Administration | B110 |
| 09/27/2023 | Mark Frankel | Emails co-counsel re same (.1) | 0.10 | $69.50 | Case Administration | B110 |
| 09/29/2023 | Mark Frankel | Reviewed op reports (.3) | 0.30 | $208.50 | Case Administration | B110 |
| 10/16/2023 | Mark Frankel | Reviewed op report (.1) | 0.10 | $69.50 | Case Administration | B110 |
| 10/30/2023 | Mark Frankel | Reviewed filed E Cap statement re deed lien (.1) | 0.10 | $69.50 | Claims and Plan | B300 |
| 09/26/2023 | Mark Frankel | Emails co-counsel re history agreement (.1); emails co-counsel re fee application (.1) | 0.20 | $139.00 | Fee/Employment Applications | B160 |
| 09/27/2023 | Mark Frankel | T/c's co-counsel re fee application (.2) | 0.20 | $139.00 | Fee/Employment Applications | B160 |
| 09/28/2023 | Mark Frankel | Revised fee application | 1.10 | $764.50 | Fee/Employment Applications | B160 |
| 09/29/2023 | Mark Frankel | Completed fee application | 1.00 | $695.00 | Fee/Employment Applications | B160 |
| 10/09/2023 | Mark Frankel | Reviewed AOS re fee application (.1) | 0.10 | $69.50 | Fee/Employment Applications | B160 |
| 10/24/2023 | Mark Frankel | Emails UST and lender re fee orders (.2); revised fee orders (.2) | 0.40 | $278.00 | Fee/Employment Applications | B160 |
| 10/25/2023 | Yosi Edelstein | Upload proposed Orders for BFK & CG | 0.10 | $25.00 | Fee/Employment Applications | B160 |
| 10/27/2023 | Mark Frankel | Email YE re fee payment (.2) | 0.20 | $139.00 | Fee/Employment Applications | B160 |
| 09/26/2023 | Mark Frankel | Emails UST re plan amendment motion (.2); emails McCord re same (.1) | 0.30 | $208.50 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 09/27/2023 | Mark Frankel | Revised plan and email co-counsel re same (.6) | 0.60 | $417.00 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 09/28/2023 | Mark Frankel | Revised and recirculated motion to amend plan (.5) | 0.50 | $347.50 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 09/29/2023 | Mark Frankel | Completed amended plan (1.); completed motion to amend plan (.9) | 1.00 | $695.00 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 09/29/2023 | Mark Frankel | Drafting NOH re same (.4) | 0.40 | $278.00 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 10/20/2023 | Mark Frankel | Emails UST re conf order (.3); t/c court re zoom appearance on 10/23 (.1); email co-counsel re same (.1); t/c co-counsel and client re same (.2) | 0.70 | $486.50 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 10/23/2023 | Mark Frankel | Prep for conf hearing (.5); to court re same (1.2); 50% travel time re same (1.0) | 2.70 | $1,876.50 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 10/25/2023 | Mark Frankel | Revised conf order re lender comments (.3); email parties re same (.2); t/c Kaiser re same (.2); t/c's McCord re same (.3) | 1.00 | $695.00 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 10/26/2023 | Mark Frankel | Teleconference McCord re conf order revisions (.2) | 0.20 | $139.00 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 10/27/2023 | Mark Frankel | Review proposed conf order revisions (.2); emails and t/c's re same (.4) | 0.60 | $417.00 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 10/30/2023 | Mark Frankel | To court (.1) | 0.10 | $69.50 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 10/31/2023 | Mark Frankel | Emails UST and lender re conf order (.2); revised conf order (.2) | 0.40 | $278.00 | Plan and Disclosure Statement (including Business Plan) | B320 |

| Date | Name | Description | Hours | Amount | Category | Code |
|------|------|-------------|-------|--------|----------|------|
| 11/01/2023 | Mark Frankel | Review conf order and email client and co-counsel re same (.1) | 0.10 | $69.50 | Plan and Disclosure Statement (including Business Plan) | B320 |
| 10/12/2023 | Mark Frankel | Email co-counsel re settlement (.2) | 0.20 | $139.00 | Settlement/Non-Binding ADR | L160 |
| 10/15/2023 | Mark Frankel | Teleconference Kaiser re settlement with lender (.4) | 0.40 | $278.00 | Settlement/Non-Binding ADR | L160 |
| 10/16/2023 | Mark Frankel | Email co-counsel re settlement and 10/23 hearing (.1) | 0.10 | $69.50 | Settlement/Non-Binding ADR | L160 |
| 10/25/2023 | Mark Frankel | Email court re fee orders (.3) | 0.30 | $208.50 | Settlement/Non-Binding ADR | L160 |
| | | | **14.30** | **$9,894.00** | | |

| | | |
|---|---|---|
| Asset Disposition | 0.5 | $347.50 |
| Case Administration | 0.8 | $556.00 |
| Fee/Employment Applications | 3.30 | 2249.00 |
| Claims and Plan | 0.1 | $69.50 |
| Plan and Disclosure Statement ( | 8.6 | $5,977.00 |
| Settlement/Non-Binding ADR | 1.0 | $695.00 |
| | 14.3 | $9,894.00 |

Backenroth, Frankel & Krinsky, LLP

Time Entries
Matter: Outpost Pines LLC

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time

| Date | Timekeeper | Description | Tm/Qty | Value |
|------|-----------|-------------|--------|-------|
| 02/23/2023 | Mark Frankel | Revised and filed petition, schedules and state of financial affairs (2.0); revised local rule affidavit (1.0); email client re filing Ch. 11 procedures (1.5); t/c's and emails co-counsel re same (.5) | 5 | $3,375.00 |
| 02/24/2023 | Mark Frankel | Revised C&G retention application | 0.5 | $337.50 |
| 02/24/2023 | Mark Frankel | Teleconferences client Ch. 11 Plan Projections | 0.3 | $202.50 |
| 02/24/2023 | Mark Frankel | Emails UST re closed bank account and proof of insurance (.1); t/c's client re Ch. 11 procedures (.7) | 0.8 | $540.00 |
| 02/24/2023 | Mark Frankel | Completed, filed and served bar date application | 0.5 | $337.50 |
| 02/27/2023 | Mark Frankel | Completed plan and disclosure statement | 2 | $1,350.00 |
| 02/27/2023 | Mark Frankel | Teleconferences client re projections | 0.5 | $337.50 |
| 02/27/2023 | Mark Frankel | Revised Local Rule affidavit | 0.2 | $135.00 |
| 02/27/2023 | Mark Frankel | Circulated retention apps | 0.1 | $67.50 |
| 02/28/2023 | Mark Frankel | Emails co-counsel re E Capital notice of appearance (.2); emails UST re same and re retention (.1) | 0.3 | $202.50 |
| 02/28/2023 | Mark Frankel | Drafting ground lease assumption motion | 2 | $1,350.00 |
| 02/28/2023 | Mark Frankel | Drafting cash collateral motion | 2 | $1,350.00 |
| 02/28/2023 | Mark Frankel | Revised plan and disclosure statement (2.0); t/c co-counsel re plan (.2) | 2.2 | $1,485.00 |
| 02/28/2023 | Mark Frankel | Completed and circulated retention applications | 0.5 | $337.50 |
| 02/28/2023 | Mark Frankel | Served bar date notice (.2) | 0.2 | $135.00 |
| 03/01/2023 | Mark Frankel | Completed, filed and served plan disclosure statement and NOH re same (1.0); completed, filed and served cash collateral application (1.0) | 2 | $1,350.00 |
| 03/01/2023 | Mark Frankel | Filed AOS re bar date | 0.1 | $67.50 |
| 03/01/2023 | Mark Frankel | Revised retention applications | 1 | $675.00 |
| 03/01/2023 | Mark Frankel | Revised lease assumption motion | 1 | $675.00 |
| 03/02/2023 | Mark Frankel | Filed AOS re 3/1/23 (.1); emails client re same (.3) | 0.4 | $270.00 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/2023 | Mark Frankel | Prep for and to IDI (2.0); t/c McCord re status (.1) | 2.1 | $1,417.50 |
| 03/03/2023 | Mark Frankel | Email client re org chart and UST | 0.1 | $67.50 |
| 03/06/2023 | Mark Frankel | Teleconference McCord re settlement (.3); t/c client re same (1.1) | 1.4 | $945.00 |
| 03/14/2023 | Mark Frankel | Emails client and UST re DIP account and insurance renewal (.1) | 0.1 | $67.50 |
| 03/16/2023 | Mark Frankel | Emails UST re insurance and bar date accounts (.1) | 0.1 | $67.50 |
| 03/16/2023 | Mark Frankel | Email client re op reports (.1) | 0.1 | $67.50 |
| 03/17/2023 | Mark Frankel | Emails McCord re settlement (.1) | 0.1 | $67.50 |
| 03/17/2023 | Mark Frankel | Email client re insider claims (.1) | 0.1 | $67.50 |
| 03/20/2023 | Mark Frankel | Email McCord re settlement (.1); t/c co-counsel re same (.1) | 0.2 | $135.00 |
| 03/21/2023 | Mark Frankel | Teleconference McCord re settlement (.1); t/c's client and co-counse re same (.2) | 0.3 | $202.50 |
| 03/21/2023 | Mark Frankel | Review op report and emails client re same (.1) | 0.1 | $67.50 |
| 03/22/2023 | Mark Frankel | Email client re access for lender appraisal (.1); emails lender re same (.1) | 0.2 | $135.00 |
| 03/22/2023 | Mark Frankel | Completed and filed 2/23 op report (.2) | 0.2 | $135.00 |
| 03/23/2023 | Mark Frankel | Teleconferences and emails client re access for lender appraisal (.2); emails lender re same (.1) | 0.3 | $202.50 |
| 03/27/2023 | Mark Frankel | Prep for and to 341 meeting (1.5); to 341 meeting (1.2); email co-counsel re same (.1); email client re ins renewal (.1); t/c's client and co-counsel re 341 (.3); email UST re ins documents (.1) | 3.1 | $2,092.50 |
| 03/28/2023 | Mark Frankel | Emails UST re leases and insurance (.1) | 0.1 | $67.50 |
| 03/28/2023 | Mark Frankel | Teleconferences and emails client re access for lender appraiser (.2); emails lender re same (.1) | 0.3 | $202.50 |
| 03/30/2023 | Mark Frankel | Emails client re same (.1) | 0.1 | $67.50 |
| 03/30/2023 | Mark Frankel | Emails UST re closed account and insurance removal (.1) | 0.1 | $67.50 |
| 04/04/2023 | Mark Frankel | Prep for 4/5 hearing (1.1) | 1.1 | $742.50 |
| 04/04/2023 | Mark Frankel | Teleconferences McCord re settlement (.3); t/c's  and emails client re same (1.1) | 1.4 | $945.00 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 04/04/2023 | Mark Frankel | Emails client re 4/5 hearing (.2) | 0.2 | $135.00 |
| 04/05/2023 | Mark Frankel | Prep for and to lease assumption hearing (.2); uploaded lease assumption order (.1) | 0.3 | $202.50 |
| 04/05/2023 | Mark Frankel | Prep for and to conf hearing (2.0); uploaded disclosure statement order (.1) | 2.1 | $1,417.50 |
| 04/05/2023 | Mark Frankel | Prep for disclosure hearing (1.0); to court re same (1.0); uploaded disclosure statement order (.1); uploaded retention order (.1) | 0.1 | $67.50 |
| 04/05/2023 | Mark Frankel | Prep for cash collateral hearing (.1); to court re same (.2) Uploaded cash collateral order (.1) | 0.4 | $270.00 |
| 04/05/2023 | Mark Frankel | Prep for retention application hearing (.1); to court re same (.2) | 0.3 | $202.50 |
| 04/05/2023 | Mark Frankel | Prep for status conf (.4); to court re same (.1) | 0.5 | $337.50 |
| 04/10/2023 | Mark Frankel | Review lender POC (.1); email co-counsel and client re same (.1) | 0.2 | $135.00 |
| 04/10/2023 | Mark Frankel | Reviewed orders entered (.2) | 0.2 | $135.00 |
| 04/10/2023 | Mark Frankel | Revised and served disclosure statement (1.1) | 1.1 | $742.50 |
| 04/11/2023 | Mark Frankel | Teleconference and email tenant client re E Capital POC (.4) | 0.4 | $270.00 |
| 04/11/2023 | Mark Frankel | Filed AOS re plan and disclosure statement (.1) | 0.1 | $67.50 |
| 04/14/2023 | Mark Frankel | Filed AOS re plan and disclosure statement (.1) | 0.1 | $67.50 |
| 04/17/2023 | Mark Frankel | Teleconference lender re settlement (.2); email client re same (.2); t/c client re same (.1) | 0.1 | $67.50 |
| 04/18/2023 | Mark Frankel | Emails client re mortgage payments (.2) | 0.2 | $135.00 |
| 04/19/2023 | Mark Frankel | Reviewed op report (.2); email client re same (.1) | 0.3 | $202.50 |
| 04/20/2023 | Mark Frankel | Reviewed op report (.4) | 0.4 | $270.00 |
| 04/20/2023 | Mark Frankel |  t/c's client and lender re settlement (.6); emails client re same (.3); emails lender re same (.2) | 1.1 | $742.50 |
| 04/20/2023 | Mark Frankel | Teleconference co-counsel re lender liability research (.1) | 0.1 | $67.50 |
| 04/20/2023 | Mark Frankel | Email client re ground lease (.1) | 0.1 | $67.50 |
| 04/24/2023 | Mark Frankel | c/c client re settlement (.7) | 0.7 | $472.50 |
| 04/26/2023 | Mark Frankel | Teleconference McCord re settlement options (.3) | 0.3 | $202.50 |
| 04/27/2023 | Mark Frankel | Prep lender re settlement (.4); to call re same (.4) c/c client and co-counsel re same (.3) | 1.1 | $742.50 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2023 | Mark Frankel | Emails client re settlement (.1) | 0.1 | $67.50 |
| 05/08/2023 | Mark Frankel | Teleconferences client and co-counsel re settlement (.3); emails client and co-counsel re same (.2); email McCord re same (.1) | 0.6 | $405.00 |
| 05/09/2023 | Mark Frankel | Email McCord re settlement (.1); emails client re same (.7); t/c McCord re same (.2) | 1 | $675.00 |
| 05/09/2023 | Mark Frankel | Email client re Ch. 11 confirmation requirement (.2) | 0.2 | $135.00 |
| 05/11/2023 | Mark Frankel | Emails client re settlement with lender (.1); t/c client re same (.2) | 0.3 | $202.50 |
| 05/12/2023 | Mark Frankel | t/c's McCord re Hotel condemnation (.1); t/c client re same (.1) | 0.2 | $135.00 |
| 05/14/2023 | Mark Frankel | to c/c with client re hotel condemnation and Ch. 11 plan strategy (1.8) | 1.8 | $1,215.00 |
| 05/15/2023 | Mark Frankel | Teleconferences and emails court and UST re adj (.1) | 0.1 | $67.50 |
| 05/15/2023 | Mark Frankel | to meeting with lender re settlement (1.6); prepare same (.4); emails client and co-counsel re same (.1); t/c client and co-counsel re same (.4) | 2.1 | $1,417.50 |
| 05/15/2023 | Mark Frankel | Email lender re Town of Brookhaven notice (.1) | 0.1 | $67.50 |
| 05/16/2023 | Mark Frankel | emails court and UST re adj (.2); emails client and lender re same (.3) | 0.1 | $67.50 |
| 05/17/2023 | Mark Frankel | Reviewed lender conf obj. (.3); emails client re same (.1); t/c client re same (.2) | 0.6 | $405.00 |
| 05/17/2023 | Mark Frankel | Emails lender re adj (.2); emails client re same (.2) | 0.4 | $270.00 |
| 05/18/2023 | Mark Frankel | Emails co-counsel re 5/24 hearing (.1); t/c's co-counsel re same (.5) | 0.6 | $405.00 |
| 05/19/2023 | Mark Frankel | Drafting reply to conf obj (.5); emails client re same (.3); t/c co-counsel re same (.2); email co-counsel re same (.1) | 1.1 | $742.50 |
| 05/19/2023 | Mark Frankel | Reviewed and revised op report (.4) | 0.4 | $270.00 |
| 05/20/2023 | Mark Frankel | Emails Markowitz re 1124(2) (1.1) | 1.1 | $742.50 |
| 05/22/2023 | Mark Frankel | Drafting reply to conf obj (2.5); t/c's client re co-counsel re same (.4); email client and co-counsel re same (.1) | 3 | $2,025.00 |
| 05/23/2023 | Mark Frankel | Revised plan confirmation status report (1.0) | 1.1 | $742.50 |
| 05/24/2023 | Mark Frankel | Teleconferences client and co-counsel re hotel building operation and insurance (1.3); emails client and co-counsel re same (.2); t/c emails McCord re same (.3); email McCord re same (.1) | 1.9 | $1,282.50 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time

| | | | | |
|---|---|---|---|---|
| 05/24/2023 | Mark Frankel | to court on conf hearing (1.4); prep re same (1.4) | 1.8 | $1,215.00 |
| 05/25/2023 | Mark Frankel | Drafted statement re Hotel operation (.7) | 0.7 | $472.50 |
| 05/25/2023 | Mark Frankel | Emails client re insurance pages (.2); emails lender re same (.2) | 0.4 | $270.00 |
| 05/25/2023 | Mark Frankel | Email co-counsel re condemnation research (.1) | 0.1 | $67.50 |
| 05/25/2023 | Mark Frankel | Reviewed Town letter and drafted and served statement re Hotel bldg condemnation (.8); emails co-counsel, and client re letter re  condemnation (1.3); emails lender re same (.2) | 2.3 | $1,552.50 |
| 05/26/2023 | Mark Frankel | Email McCord re insurance policies (.3) | 0.3 | $202.50 |
| 05/26/2023 | Mark Frankel | Emails client and co-counsel re lender rights under insurance and info re property (1.0); t/c client re same (.9) | 1.9 | $1,282.50 |
| 05/30/2023 | Mark Frankel | Email client re copies  of insurance (1.) | 0.1 | $67.50 |
| 06/01/2023 | Mark Frankel | Emails client re status of Hotel building (.2) | 0.2 | $135.00 |
| 06/02/2023 | Mark Frankel | Review co-counsel memo re Brookhaven condemnation rules (.3); email clients and co-counsel re plans to repair (.2) | 0.5 | $337.50 |
| 06/06/2023 | Mark Frankel | Review 2004 application and order (,2) email co-counsel re same (.3) | 0.5 | $337.50 |
| 06/12/2023 | Mark Frankel | Email client and co-counsel re response to 2004 (.1); t/c's co-counsel re condemnation (.5) | 0.6 | $405.00 |
| 06/12/2023 | Mark Frankel | Email client re 4/23 MOR (.1); email UST re same (.1) | 0.2 | $135.00 |
| 06/14/2023 | Mark Frankel | Reviewed conversion motion (.5); discussions with t/c co-counsel re case strategy re same (1.5) | 2 | $1,350.00 |
| 06/16/2023 | Mark Frankel | Teleconference co-counsel re settlement (.2) | 0.2 | $135.00 |
| 06/16/2023 | Mark Frankel | Teleconference co-counsel re response to 2004 application (.2) | 0.2 | $135.00 |
| 06/20/2023 | Mark Frankel | Teleconference McCord re 2004 response (.1); emails co-counsel re same (.1) | 0.2 | $135.00 |
| 06/21/2023 | Abe Backenroth | Emails co-counsel re discover (.1) | 0.1 | $67.50 |
| 06/21/2023 | Abe Backenroth | Reviewed 5/23 op report (.1); emails client re same (.2) | 0.3 | $202.50 |
| 06/22/2023 | Mark Frankel | Emails and t/c's co-counsel re discovery (.7) | 0.7 | $472.50 |
| 06/23/2023 | Mark Frankel | Review debtor document production (.5) | 0.5 | $337.50 |
| 06/26/2023 | Mark Frankel | Email co-counsel re 2004 depo (.1) | 0.1 | $67.50 |
| 06/26/2023 | Mark Frankel | Emails client re obj for trustee motion (.1) | 0.1 | $67.50 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time

| | | | | |
|---|---|---|---|---|
| 06/26/2023 | Mark Frankel | Review Seahorse briefing on 1124 issues (.4) | 0.4 | $270.00 |
| 06/27/2023 | Mark Frankel | Emails co-counsel re discovery (.2); emails E Capital re discovery (.2) | 0.4 | $270.00 |
| 06/27/2023 | Mark Frankel | Emails co-counsel re obj to trustee motion (.2); to meeting co-counsel re obj to trustee motion (.5) | 0.7 | $472.50 |
| 06/28/2023 | Mark Frankel | t/c's co-counsel re 6/28 depositions and settlement (.3); emails co-counsel re same (.1) | 0.3 | $202.50 |
| 06/29/2023 | Mark Frankel | Drafting conversion obj. (8.0); email client re same (.1) | 8.1 | $5,467.50 |
| 06/29/2023 | Mark Frankel | Emails co-counsel re same (.1); t/c co-counsel re same (.1) | 0.2 | $135.00 |
| 06/29/2023 | Mark Frankel | Emails and t/c's McCord re discovery and settlement (.2) | 0.2 | $135.00 |
| 07/01/2023 | Mark Frankel | Teleconference co-counsel re plan strategy (.5) | 0.5 | $337.50 |
| 07/02/2023 | Mark Frankel | Drafting notes for conf  hearing (4.9) | 4.9 | $3,307.50 |
| 07/03/2023 | Mark Frankel | Completed conversion obj (6.0) | 6 | $4,050.00 |
| 07/05/2023 | Mark Frankel | Teleconference client re settlement (.1); t/c and emails McCord re same (.1) | 0.2 | $135.00 |
| 07/05/2023 | Mark Frankel | Drafting conf affidavit (2.9); drafting ballot cert. (.3) t/c's client re conf hearing documents (.3); email client re same (.2) | 3.7 | $2,497.50 |
| 07/06/2023 | Mark Frankel | Teleconference client re 7/10 hearing prep (.2); review lender reply (.3) emails client re same (.2) | 0.7 | $472.50 |
| 07/07/2023 | Mark Frankel | Emails McCord re settlement (.1); emails client re same (.1) | 0.2 | $135.00 |
| 07/07/2023 | Mark Frankel | t/c's client re 7/10 hearing (.6); emails client re same (.1); revised conf affidavit re same (2.5) | 3.2 | $2,160.00 |
| 07/08/2023 | Mark Frankel | Prep for 7/10 23 hearing (1.8) | 1.8 | $1,215.00 |
| 07/09/2023 | Mark Frankel | Prep for 7/10/23 hearing (3.5) | 3.5 | $2,362.50 |
| 07/10/2023 | Mark Frankel | To court on plan confirmation (4.0); prep with client and co-counsel re same (1.0) | 5 | $3,375.00 |
| 07/11/2023 | Mark Frankel | Teleconference co-counsel re settlements (.2) | 0.2 | $135.00 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/12/2023 | Mark Frankel | To C/C re settlement (.5) | 0.5 | $337.50 |
| 07/14/2023 | Mark Frankel | Teleconferences and emails client and co-counsel re adj for settlement purposes(.4); emails McCord re same (.1); email client re same(.1) | 0.5 | $337.50 |
| 07/17/2023 | Mark Frankel | emails client re real estate broker (.3) | 0.3 | $202.50 |
| 07/25/2023 | Mark Frankel | Teleconference co-counsel re settlement and sale of property (.6); email McCord re same (.1) | 0.7 | $472.50 |
| 07/25/2023 | Mark Frankel | Reviewed 6/23 op report (.3); email UST re same (.1) | 0.4 | $270.00 |
| 07/27/2023 | Mark Frankel | Emails co-counsel re sale of property (.1) | 0.1 | $67.50 |
| 07/27/2023 | Mark Frankel | Emails co-counsel re construction update (.1) | 0.1 | $67.50 |
| 08/01/2023 | Mark Frankel | Emails co-counsel re settlement meeting (.1) | 0.1 | $67.50 |
| 08/01/2023 | Mark Frankel | Research re recent reinstatement case law (.5) | 0.5 | $337.50 |
| 08/02/2023 | Mark Frankel | Email client re recent reinstatement case law (.4) | 0.4 | $270.00 |
| 08/04/2023 | Mark Frankel | Emails co-counsel and lender re appraisal (.1) | 0.1 | $67.50 |
| 08/07/2023 | Mark Frankel | Reviewed appraisal (.3); prep for c/c lender re settlement (.5); c/c lender re settlement (.5) | 1.3 | $877.50 |
| 08/08/2023 | Mark Frankel | Teleconference co-counsel re settlement meeting and next steps (.5) | 0.5 | $337.50 |
| 08/10/2023 | Mark Frankel | Email co-counsel and lender counsel re settlement and sale (.1) | 0.1 | $67.50 |
| 08/11/2023 | Mark Frankel | Emails co-counsel re settlement and sale (.1) t/c's co-counsel re same (.4) | 0.5 | $337.50 |
| 08/11/2023 | Mark Frankel | Drafting fee application (1.5) | 1.5 | $1,012.50 |
| 08/14/2023 | Mark Frankel | Drafting fee application (2.5) | 2.5 | $1,687.50 |
| 08/17/2023 | Mark Frankel | Drafting fee application (.2) | 0.2 | $135.00 |
| 08/18/2023 | Mark Frankel | Email co-counsel re settlement term sheet (.1); reviewed same (.4) | 0.5 | $337.50 |
| 08/21/2023 | Mark Frankel | Emails ECapital re broker retention (.1) | 0.1 | $67.50 |
| 08/21/2023 | Mark Frankel | Drafted exclusivity extension motion (1.9) | 1.9 | $1,282.50 |
| 08/21/2023 | Mark Frankel | Email co-counsel re revisions to term settlement sheet (.1) | 0.1 | $67.50 |
| 08/22/2023 | Mark Frankel | Reviewed revised settlement term sheet and email co-counsel re same (.3) | 0.3 | $202.50 |
| 08/22/2023 | Mark Frankel | Reviewed 7/23 op report (.2) | 0.2 | $135.00 |
| 08/22/2023 | Mark Frankel | Reviewed AOS re exclusivity extension motion (.1) | 0.1 | $67.50 |
| 08/23/2023 | Mark Frankel | Drafting fee application (1.5) | 1.5 | $1,012.50 |
| | | | **129.60** | **$87,480.00** |

Backenroth, Frankel & Krinsky, LLP

Time Entries Sorted by Category
Matter: Outpost Pines LLC

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time - Categorized

| Date | Timekeeper | Description | Tm/Qty | Value |
|---|---|---|---|---|
| 5/26/2023 | Mark Frankel | Emails client and co-counsel re lender rights under insurance and info re property (1.0); t/c client re same (.9) | 1.9 | $1,282.50 |
| 6/1/2023 | Mark Frankel | Emails client re status of Hotel building (.2) | 0.2 | $135.00 |
| 6/2/2023 | Mark Frankel | Review co-counsel memo re Brookhaven condemnation rules (.3); email clients and co-counsel re plans to repair (.2) | 0.5 | $337.50 |
| | | **Asset Analysis and Recovery** | **2.6** | **$1,755.00** |
| 7/17/2023 | Mark Frankel | emails client re real estate broker (.3) | 0.3 | $202.50 |
| 7/27/2023 | Mark Frankel | Emails co-counsel re sale of property (.1) | 0.1 | $67.50 |
| 8/10/2023 | Mark Frankel | Email co-counsel and lender counsel re settlement and sale (.1) | 0.1 | $67.50 |
| 8/21/2023 | Mark Frankel | Emails ECapital re broker retention (.1) | 0.1 | $67.50 |
| | | **Asset Disposition** | **0.6** | **$405.00** |
| 2/28/2023 | Mark Frankel | Drafting ground lease assumption motion | 2.0 | $1,350.00 |
| 3/1/2023 | Mark Frankel | Revised lease assumption motion | 1.0 | $675.00 |
| 4/5/2023 | Mark Frankel | Prep for and to lease assumption hearing (.2); uploaded lease assumption order (.1) | 0.3 | $202.50 |
| 4/20/2023 | Mark Frankel | Email client re ground lease (.1) | 0.1 | $67.50 |
| | | **Assumption/Rejection of Leases and Contracts** | **3.4** | **$2,295.00** |
| 4/18/2023 | Mark Frankel | Emails client re mortgage payments (.2) | 0.2 | $135.00 |
| 5/12/2023 | Mark Frankel | t/c's  McCord re Hotel condemnation (.1); t/c client re same (.1) | 0.2 | $135.00 |
| 5/14/2023 | Mark Frankel | to c/c with client re hotel condemnation and Ch. 11 plan strategy (1.8) | 1.8 | $1,215.00 |
| 5/24/2023 | Mark Frankel | Teleconferences client and co-counsel re hotel building operation and insurance (1.3); emails client and co-counsel re same (.2); t/c emails McCord re same (.3); email McCord re same (.1) | 1.9 | $1,282.50 |
| 5/25/2023 | Mark Frankel | Drafted statement re Hotel operation (.7) | 0.7 | $472.50 |
| 5/25/2023 | Mark Frankel | Reviewed Town letter and drafted and served statement re Hotel bldg condemnation (.8); emails co-counsel, and client re letter re  condemnation (1.3); emails lender re same (.2) | 2.3 | $1,552.50 |
| 5/30/2023 | Mark Frankel | Email client re copies  of insurance (1.) | 0.1 | $67.50 |
| 7/27/2023 | Mark Frankel | Emails co-counsel re construction update (.1) | 0.1 | $67.50 |
| | | **Business Operations** | **7.3** | **$4,927.50** |
| 2/23/2023 | Mark Frankel | Revised and filed petition, schedules and state of financial affairs (2.0); revised local rule affidavit (1.0); email client re filing Ch. 11 procedures (1.5); t/c's and emails co-counsel re same (.5) | 5.0 | $3,375.00 |
| 2/24/2023 | Mark Frankel | Emails UST re closed bank account and proof of insurance (.1); t/c's client re Ch. 11 procedures (.7) | 0.8 | $540.00 |
| 2/27/2023 | Mark Frankel | Revised Local Rule affidavit | 0.2 | $135.00 |
| 2/28/2023 | Mark Frankel | Emails co-counsel re E Capital notice of appearance (.2); emails UST re same and re retention (.1) | 0.3 | $202.50 |
| 3/2/2023 | Mark Frankel | Filed AOS re 3/1/23 (.1); emails client re same (.3) | 0.4 | $270.00 |
| 3/16/2023 | Mark Frankel | Email client re op reports (.1) | 0.1 | $67.50 |
| 3/21/2023 | Mark Frankel | Review op report and emails client re same (.1) | 0.1 | $67.50 |
| 3/22/2023 | Mark Frankel | Completed and filed 2/23 op report (.2) | 0.2 | $135.00 |
| 4/4/2023 | Mark Frankel | Prep for 4/5 hearing (1.1) | 1.1 | $742.50 |
| 4/5/2023 | Mark Frankel | Prep for status conf (.4); to court re same (.1) | 0.5 | $337.50 |
| 4/10/2023 | Mark Frankel | Reviewed orders entered (.2) | 0.2 | $135.00 |
| 4/19/2023 | Mark Frankel | Reviewed op report (.2); email client re same (.1) | 0.3 | $202.50 |
| 4/20/2023 | Mark Frankel | Reviewed op report (.4) | 0.4 | $270.00 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time - Categorized

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/15/2023 | Mark Frankel | Teleconferences and emails court and UST re adj (.1) | 0.1 | $67.50 |
| 5/16/2023 | Mark Frankel | emails court and UST re adj (.2); emails client and lender re same (.3) | 0.1 | $67.50 |
| 5/17/2023 | Mark Frankel | Emails lender re adj (.2); emails client re same (.2) | 0.4 | $270.00 |
| 5/19/2023 | Mark Frankel | Reviewed and revised op report (.4) | 0.4 | $270.00 |
| 5/25/2023 | Mark Frankel | Emails client re insurance pages (.2); emails lender re same (.2) | 0.4 | $270.00 |
| 5/26/2023 | Mark Frankel | Email McCord re insurance policies (.3) | 0.3 | $202.50 |
| 6/12/2023 | Mark Frankel | Email client re 4/23 MOR (.1); email UST re same (.1) | 0.2 | $135.00 |
| 6/21/2023 | Abe Backenroth | Reviewed 5/23 op report (.1); emails client re same (.2) | 0.3 | $202.50 |
| 7/25/2023 | Mark Frankel | Reviewed 6/23 op report (.3); email UST re same (.1) | 0.4 | $270.00 |
| 8/17/2023 | Mark Frankel | Drafting fee application (.2) | 0.2 | $135.00 |
| 8/22/2023 | Mark Frankel | Reviewed 7/23 op report (.2) | 0.2 | $135.00 |
| | | **Case Administration** | **12.6** | **$8,505.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/24/2023 | Mark Frankel | Completed, filed and served bar date application | 0.5 | $337.50 |
| 2/28/2023 | Mark Frankel | Served bar date notice (.2) | 0.2 | $135.00 |
| 3/1/2023 | Mark Frankel | Filed AOS re bar date | 0.1 | $67.50 |
| 3/17/2023 | Mark Frankel | Email client re insider claims (.1) | 0.1 | $67.50 |
| 4/11/2023 | Mark Frankel | Teleconference and email tenant client re E Capital POC (.4) | 0.4 | $270.00 |
| 4/20/2023 | Mark Frankel | Teleconference co-counsel re lender liability research (.1) | 0.1 | $67.50 |
| | | **Claims Administration and Objections** | **1.4** | **$945.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/10/2023 | Mark Frankel | Review lender POC (.1); email co-counsel and client re same (.1) | 0.2 | $135.00 |
| 8/22/2023 | Mark Frankel | Reviewed AOS re exclusivity extension motion (.1) | 0.1 | $67.50 |
| | | **Claims and Plan** | **0.3** | **$202.50** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/6/2023 | Mark Frankel | Review 2004 application and order (,2) email co-counsel re same (.3) | 0.5 | $337.50 |
| 6/12/2023 | Mark Frankel | Email client and co-counsel re response to 2004 (.1); t/c's co-counsel re condemnation (.5) | 0.6 | $405.00 |
| 6/16/2023 | Mark Frankel | Teleconference co-counsel re response to 2004 application (.2) | 0.2 | $135.00 |
| 6/20/2023 | Mark Frankel | Teleconference McCord re 2004 response (.1); emails co-counsel re same (.1) | 0.2 | $135.00 |
| 6/21/2023 | Abe Backenroth | Emails co-counsel re discover (.1) | 0.1 | $67.50 |
| 6/22/2023 | Mark Frankel | Emails and t/c's co-counsel re discovery (.7) | 0.7 | $472.50 |
| 6/23/2023 | Mark Frankel | Review debtor document production (.5) | 0.5 | $337.50 |
| 6/26/2023 | Mark Frankel | Email co-counsel re 2004 depo (.1) | 0.1 | $67.50 |
| 6/27/2023 | Mark Frankel | Emails co-counsel re discovery (.2); emails E Capital re discovery (.2) | 0.4 | $270.00 |
| 6/29/2023 | Mark Frankel | Emails and t/c's McCord re discovery and settlement (.2) | 0.2 | $135.00 |
| 7/12/2023 | Mark Frankel | To C/C re settlement (.5) | 0.5 | $337.50 |
| | | **Discovery** | **4.0** | **$2,700.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/24/2023 | Mark Frankel | Revised C&G retention application | 0.5 | $337.50 |
| 2/27/2023 | Mark Frankel | Circulated retention apps | 0.1 | $67.50 |
| 2/28/2023 | Mark Frankel | Completed and circulated retention applications | 0.5 | $337.50 |
| 3/1/2023 | Mark Frankel | Revised retention applications | 1.0 | $675.00 |
| 3/20/2023 | Mark Frankel | Email McCord re settlement (.1); t/c co-counsel re same (.1) | 0.2 | $135.00 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time - Categorized

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 3/21/2023 | Mark Frankel | Teleconference McCord re settlement (.1); t/c's client and co-counse re same (.2) | 0.3 | $202.50 |
| 4/5/2023 | Mark Frankel | Prep for disclosure hearing (1.0); to court re same (1.0); uploaded disclosure statement order (.1); uploaded retention order (.1) | 0.1 | $67.50 |
| 4/5/2023 | Mark Frankel | Prep for retention application hearing (.1); to court re same (.2) | 0.3 | $202.50 |
| 5/9/2023 | Mark Frankel | Email McCord re settlement (.1); emails client re same (.7); t/c McCord re same (.2) | 1.0 | $675.00 |
| 8/11/2023 | Mark Frankel | Drafting fee application (1.5) | 1.5 | $1,012.50 |
| 8/14/2023 | Mark Frankel | Drafting fee application (2.5) | 2.5 | $1,687.50 |
| 8/23/2023 | Mark Frankel | Drafting fee application (1.5) | 1.5 | $1,012.50 |
| | | **Fee/Employment Applications** | **9.5** | **$6,412.50** |
| 2/27/2023 | Mark Frankel | Teleconferences client re projections | 0.5 | $337.50 |
| 2/28/2023 | Mark Frankel | Drafting cash collateral motion | 2.0 | $1,350.00 |
| 4/5/2023 | Mark Frankel | Prep for cash collateral hearing (.1); to court re same (.2) Uploaded cash collateral order (.1) | 0.4 | $270.00 |
| | | **Financing/Cash Collections** | **2.9** | **$1,957.50** |
| 3/2/2023 | Mark Frankel | Prep for and to IDI (2.0); t/c McCord re status (.1) | 2.1 | $1,417.50 |
| 3/3/2023 | Mark Frankel | Email client re org chart and UST | 0.1 | $67.50 |
| 3/14/2023 | Mark Frankel | Emails client and UST re DIP account and insurance renewal (.1) | 0.1 | $67.50 |
| 3/16/2023 | Mark Frankel | Emails UST re insurance and bar date accounts (.1) | 0.1 | $67.50 |
| 3/22/2023 | Mark Frankel | Email client re access for lender appraisal (.1); emails lender re same (.1) | 0.2 | $135.00 |
| 3/23/2023 | Mark Frankel | Teleconferences and emails client re access for lender appraisal (.2); emails lender re same (.1) | 0.3 | $202.50 |
| 3/27/2023 | Mark Frankel | Prep for and to 341 meeting (1.5); to 341 meeting (1.2); email co-counsel re same (.1); email client re ins renewal (.1); t/c's client and co-counsel re 341 (.3); email UST re ins documents (.1) | 3.1 | $2,092.50 |
| 3/28/2023 | Mark Frankel | Emails UST re leases and insurance (.1) | 0.1 | $67.50 |
| 3/28/2023 | Mark Frankel | Teleconferences and emails client re access for lender appraiser (.2); emails lender re same (.1) | 0.3 | $202.50 |
| 3/30/2023 | Mark Frankel | Emails client re same (.1) | 0.1 | $67.50 |
| 3/30/2023 | Mark Frankel | Emails UST re closed account and insurance removal (.1) | 0.1 | $67.50 |
| 5/15/2023 | Mark Frankel | Email lender re Town of Brookhaven notice (.1) | 0.1 | $67.50 |
| | | **Meetings of and Communications with Creditors** | **6.7** | **$4,522.50** |
| 6/14/2023 | Mark Frankel | Reviewed conversion motion (.5); discussions with t/c co-counsel re case strategy re same (1.5) | 2.0 | $1,350.00 |
| | | **Other Case Assessment, Development and Administration** | **2.0** | **$1,350.00** |
| 5/25/2023 | Mark Frankel | Email co-counsel re condemnation research (.1) | 0.1 | $67.50 |
| 6/26/2023 | Mark Frankel | Emails client re obj for trustee motion (.1) | 0.1 | $67.50 |
| 6/27/2023 | Mark Frankel | Emails co-counsel re obj to trustee motion (.2); to meeting co-counsel re obj to trustee motion (.5) | 0.7 | $472.50 |
| 6/29/2023 | Mark Frankel | Drafting conversion obj. (8.0); email client re same (.1) | 8.1 | $5,467.50 |
| 7/3/2023 | Mark Frankel | Completed conversion obj (6.0) | 6.0 | $4,050.00 |
| 8/22/2023 | Mark Frankel | Reviewed revised settlement term sheet and email co-counsel re same (.3) | 0.3 | $202.50 |
| | | **Other Contested Matters (excluding assumption/rejection motions)** | **15.3** | **$10,327.50** |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time - Categorized

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 2/24/2023 | Mark Frankel | Teleconferences client Ch. 11 Plan Projections | 0.3 | $202.50 |
| 2/27/2023 | Mark Frankel | Completed plan and disclosure statement | 2.0 | $1,350.00 |
| 2/28/2023 | Mark Frankel | Revised plan and disclosure statement (2.0); t/c co-counsel re plan (.2) | 2.2 | $1,485.00 |
| 3/1/2023 | Mark Frankel | Completed, filed and served plan disclosure statement and NOH re same (1.0); completed, filed and served cash collateral application (1.0) | 2.0 | $1,350.00 |
| 4/4/2023 | Mark Frankel | Emails client re 4/5 hearing (.2) | 0.2 | $135.00 |
| 4/5/2023 | Mark Frankel | Prep for and to conf hearing (2.0); uploaded disclosure statement order (.1) | 2.1 | $1,417.50 |
| 4/10/2023 | Mark Frankel | Revised and served disclosure statement (1.1) | 1.1 | $742.50 |
| 4/11/2023 | Mark Frankel | Filed AOS re plan and disclosure statement (.1) | 0.1 | $67.50 |
| 4/14/2023 | Mark Frankel | Filed AOS re plan and disclosure statement (.1) | 0.1 | $67.50 |
| 5/9/2023 | Mark Frankel | Email client re Ch. 11 confirmation requirement (.2) | 0.2 | $135.00 |
| 5/17/2023 | Mark Frankel | Reviewed lender conf obj. (.3); emails client re same (.1); t/c client re same (.2) | 0.6 | $405.00 |
| 5/18/2023 | Mark Frankel | Emails co-counsel re 5/24 hearing (.1); t/c's co-counsel re same (.5) | 0.6 | $405.00 |
| 5/19/2023 | Mark Frankel | Drafting reply to conf obj (.5); emails client re same (.3); t/c co-counsel re same (.2); email co-counsel re same (.1) | 1.1 | $742.50 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time - Categorized

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 5/20/2023 | Mark Frankel | Emails Markowitz re 1124(2) (1.1) | 1.1 | $742.50 |
| 5/22/2023 | Mark Frankel | Drafting reply to conf obj (2.5); t/c's client re co-counsel re same (.4); email client and co-counsel re same (.1) | 3.0 | $2,025.00 |
| 5/23/2023 | Mark Frankel | Revised plan confirmation status report (1.0) | 1.1 | $742.50 |
| 5/24/2023 | Mark Frankel | to court on conf hearing (1.4); prep re same (1.4) | 1.8 | $1,215.00 |
| 6/26/2023 | Mark Frankel | Review Seahorse briefing on 1124 issues (.4) | 0.4 | $270.00 |
| 7/1/2023 | Mark Frankel | Teleconference co-counsel re plan strategy (.5) | 0.5 | $337.50 |
| 7/2/2023 | Mark Frankel | Drafting notes for conf hearing (4.9) | 4.9 | $3,307.50 |
| 7/5/2023 | Mark Frankel | Drafting conf affidavit (2.9); drafting ballot cert. (.3) t/c's client re conf hearing documents (.3); email client re same (.2) | 3.7 | $2,497.50 |
| 7/6/2023 | Mark Frankel | Teleconference client re 7/10 hearing prep (.2); review lender reply (.3) emails client re same (.2) | 0.7 | $472.50 |
| 7/7/2023 | Mark Frankel | t/c's client re 7/10 hearing (.6); emails client re same (.1); revised conf affidavit re same (2.5) | 3.2 | $2,160.00 |
| 7/8/2023 | Mark Frankel | Prep for 7/10 23 hearing (1.8) | 1.8 | $1,215.00 |
| 7/9/2023 | Mark Frankel | Prep for 7/10/23 hearing (3.5) | 3.5 | $2,362.50 |
| 7/10/2023 | Mark Frankel | To court on plan confirmation (4.0); prep with client and co-counsel re same (1.0) | 5.0 | $3,375.00 |
| 8/1/2023 | Mark Frankel | Research re recent reinstatement case law (.5) | 0.5 | $337.50 |
| 8/2/2023 | Mark Frankel | Email client re recent reinstatement case law (.4) | 0.4 | $270.00 |
| 8/21/2023 | Mark Frankel | Drafted exclusivity extension motion (1.9) | 1.9 | $1,282.50 |
| | | **Plan and Disclosure Statement (including Business Plan)** | **46.1** | **$31,117.50** |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/2023 | Mark Frankel | Emails client re settlement (.1) | 0.1 | $67.50 |
| | | **Post-Trial Motions and Submissions** | **0.1** | **$67.50** |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 3/6/2023 | Mark Frankel | Teleconference McCord re settlement (.3); t/c client re same (1.1) | 1.4 | $945.00 |
| 3/17/2023 | Mark Frankel | Emails McCord re settlement (.1) | 0.1 | $67.50 |
| 4/4/2023 | Mark Frankel | Teleconferences McCord re settlement (.3); t/c's and emails client re same (1.1) | 1.4 | $945.00 |
| 4/17/2023 | Mark Frankel | Teleconference lender re settlement (.2); email client re same (.2); t/c client re same (.1) | 0.1 | $67.50 |
| 4/20/2023 | Mark Frankel | t/c's client and lender re settlement (.6); emails client re same (.3); emails lender re same (.2) | 1.1 | $742.50 |
| 4/24/2023 | Mark Frankel | c/c client re settlement (.7) | 0.7 | $472.50 |
| 4/26/2023 | Mark Frankel | Teleconference McCord re settlement options (.3) | 0.3 | $202.50 |
| 4/27/2023 | Mark Frankel | Prep lender re settlement (.4); to call re same (.4) c/c client and co-counsel re same (.3) | 1.1 | $742.50 |
| 5/8/2023 | Mark Frankel | Teleconferences client and co-counsel re settlement (.3); emails client and co-counsel re same (.2); email McCord re same (.1) | 0.6 | $405.00 |
| 5/11/2023 | Mark Frankel | Emails client re settlement with lender (.1); t/c client re same (.2) | 0.3 | $202.50 |
| 5/15/2023 | Mark Frankel | to meeting with lender re settlement (1.6); prepare same (.4); emails client and co-counsel re same (.1); t/c client and co-counsel re same (.4) | 2.1 | $1,417.50 |
| 6/16/2023 | Mark Frankel | Teleconference co-counsel re settlement (.2) | 0.2 | $135.00 |
| 6/28/2023 | Mark Frankel | t/c's co-counsel re 6/28 depositions and settlement (.3); emails co-counsel re same (.1) | 0.3 | $202.50 |
| 6/29/2023 | Mark Frankel | Emails co-counsel re same (.1); t/c co-counsel re same (.1) | 0.2 | $135.00 |
| 7/5/2023 | Mark Frankel | Teleconference client re settlement (.1); t/c and emails McCord re same (.1) | 0.2 | $135.00 |
| 7/7/2023 | Mark Frankel | Emails McCord re settlement (.1); emails client re same (.1) | 0.2 | $135.00 |
| 7/11/2023 | Mark Frankel | Teleconference co-counsel re settlements (.2) | 0.2 | $135.00 |
| 7/14/2023 | Mark Frankel | Teleconferences and emails client and co-counsel re adj for settlement purposes(.4); emails McCord re same (.1); email client re same(.1) | 0.5 | $337.50 |

Outpost Pines
Backenroth, Frankel Krinsky, LLP
Post-Petition time - Categorized

| | | | | |
|---|---|---|---|---|
| 7/25/2023 | Mark Frankel | Teleconference co-counsel re settlement and sale of property (.6); email McCord re same (.1) | 0.7 | $472.50 |
| 8/1/2023 | Mark Frankel | Emails co-counsel re settlement meeting (.1) | 0.1 | $67.50 |
| 8/4/2023 | Mark Frankel | Emails co-counsel and lender re appraisal (.1) | 0.1 | $67.50 |
| 8/7/2023 | Mark Frankel | Reviewed appraisal (.3); prep for c/c lender re settlement (.5); c/c lender re settlement (.5) | 1.3 | $877.50 |
| 8/8/2023 | Mark Frankel | Teleconference co-counsel re settlement meeting and next steps (.5) | 0.5 | $337.50 |
| 8/11/2023 | Mark Frankel | Emails co-counsel re settlement and sale (.1) t/c's co-counsel re same (.4) | 0.5 | $337.50 |
| 8/18/2023 | Mark Frankel | Email co-counsel re settlement term sheet (.1); reviewed same (.4) | 0.5 | $337.50 |
| 8/21/2023 | Mark Frankel | Email co-counsel re revisions to term settlement sheet (.1) | 0.1 | $67.50 |
| | | **Settlement/Non-Binding ADR** | **14.8** | **$9,990.00** |

Backenroth, Frankel & Krinsky, LLP

Time Entries Summary
Matter: Outpost Pines LLC

| | | |
|---|---|---|
| Asset Analysis and Recovery | 2.6 | $1,755.00 |
| Asset Disposition | 0.6 | $405.00 |
| Assumption/Rejection of Leases and Contracts | 3.4 | $2,295.00 |
| Business Operations | 7.3 | $4,927.50 |
| Case Administration | 12.6 | $8,505.00 |
| Claims Administration and Objections | 1.4 | $945.00 |
| Claims and Plan | 0.3 | $202.50 |
| Discovery | 4 | $2,700.00 |
| Fee/Employment Applications | 9.5 | $6,412.50 |
| Financing/Cash Collections | 2.9 | $1,957.50 |
| Meetings of and Communications with Creditors | 6.7 | $4,522.50 |
| Other Case Assessment, Development and Administration | 2.0 | $1,350.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 15.3 | 10327.5 |
| Plan and Disclosure Statement (including Business Plan) | 46.1 | $31,117.50 |
| Post-Trial Motions and Submissions | 0.1 | $67.50 |
| Settlement/Non-Binding ADR | 14.8 | $9,990.00 |
| | **129.6** | **$87,480.00** |

Westlaw legal research - Period: June 1, 2023 - June 30, 2023        $2,724.05