UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                    Chapter 11

       Outpost Pines, LLC,                                Case No. 23-70617

                    Debtor.
----------------------------------------------------------x

## NOTICE OF PRESENTMENT

      PLEASE TAKE NOTICE, PLEASE TAKE NOTICE under Bankruptcy Rules 3022 and Local Rule 9074-1 of this Court, and the attached application attached proposed final decree to the Honorable Robert E Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, United States Bankruptcy Court, Federal Plaza, Central Islip, New York 11722, for signature on March 25, 2024 at 10:00 a.m.

      PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least seven days before the date of presentment, there will not be a hearing and the order may be signed.

      PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties will be required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

      PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right-hand corner of the caption of all objections.

Dated:  New York, New York
         March 7, 2024

                                    BACKENROTH FRANKEL & KRINSKY, LLP


                              By:    <u>s/Mark A. Frankel</u>
                                      488 Madison Avenue, Fl 23
                                      New York, New York 10022
                                      (212) 593-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                          Chapter 11

      Outpost Pines, LLC                            Case No. 23-70617

                           Debtor.
---------------------------------------------------------x

## **FINAL DECREE**

        Upon the application of Outpost Pines, LLC (the "Debtor") requesting that a final decree be entered and that the Chapter 11 case be closed, and the Debtor having substantially consummated the provisions of the Plan of Reorganization confirmed by order of this Court dated October 31, 2023; it is

        ORDERED, that pursuant to Bankruptcy Rule 3022, the above-captioned Chapter 11 case be, and the same hereby closed, and a final decree is hereby issued; and it is further

        ORDERED, that the Debtor provide a post-confirmation quarterly report for the period through the date of this Order and pay all United States Trustee fees and any applicable interest thereon within ten (10) days of the date of this Order.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                    Chapter 11

    Outpost Pines, LLC                                         Case No.  23-70617

                               Debtor.
----------------------------------------------------------x

## APPLICATION FOR FINAL DECREE

Outpost Pines, LLC, the debtor herein (the "Debtor"), by its attorneys, Backenroth Frankel & Krinsky, LLP, as and for its application for a final decree respectfully represent as follows:

1. On October 31, 2024, this Court entered an order confirming the Debtor's plan of reorganization (the "Plan").

2. The terms of the Plan have been substantially consummated.

3. By this application, the Debtor seeks the entry of a final decree declaring the Debtor's Chapter 11 case closed.

WHEREFORE, the Debtor respectfully requests that the Court enter the prefixed order and grant such other and further relief as may be just and proper.

Dated:  New York, New York
        March 7, 2024

                                        BACKENROTH FRANKEL & KRINSKY, LLP
                                        Attorneys for the Debtor

                                        By:  s/ Mark Frankel
                                                488 Madison Avenue, Fl 23
                                                New York, New York  10022
                                                (212) 593-1100