UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                             Chapter 11

    Tiffany Holding LLC, et al,[1]                    Case no.  24-10110 (JPM)
                                                                     Jointly Administered
                                  Debtor.
---------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

      Mark Frankel, being duly sworn, deposes and says:  I am over the age of eighteen years, I reside in Nassau County, New York, I am not a party herein, and that on the 7th Day of March, 2024, I caused to be served a true copy of the *Bar Date Application and Retention Application,* upon the following parties by email:

cgoldstein@tcpclaw.com;

rterenzi@tcplaw.com;

Tara.Tiantian@usdoj.gov

                                                                              s/ Mark Frankel

Affirmed before me this 7th
Day of March, 2024

s/ Scott Krinsky
Notary Public

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  Tiffany Holding LLC (0444), Anne Holding LLC (4388) and Leah Holding LLC (4046).