UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                    Chapter 11

    Outpost Pines, LLC                                       Case no.  23-70617

                        Debtor.
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

Mark Frankel, being duly sworn, deposes and says:  I am over the age of eighteen years, I reside in Nassau County, New York, I am not a party herein, and that on the 7th day of March, 2024, I caused to be served a true copy of the *Motion to Authorize/Direct Final Decree* upon the interested parties listed below, at their last known addresses, by email, as indicated below.

                                                                                     s/ Mark Frankel

Sworn before me this 7th
Day of March, 2024

s/ Scott Krinsky
Notary Public

**Email Service List:**

pj@thepinesfireisland.com
'NKaiser@CohenGresser.com'
rnosek@certilmanbalin.com
jeffry.dayton@suffolkcountyny.gov
RICHARD McCORD rmccord@certilmanbalin.com
Christine Black Christine.H.Black@usdoj.gov