UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                              Chapter 11

    Outpost Pines, LLC                        Case No.  23-70617

                       Debtor.
----------------------------------------------------------x

## **FINAL DECREE**

Upon the application of Outpost Pines, LLC (the "Debtor") requesting that a final decree be entered and that the Chapter 11 case be closed, and the Debtor having substantially consummated the provisions of the Plan of Reorganization confirmed by order of this Court dated October 31, 2023; it is

ORDERED, that pursuant to Bankruptcy Rule 3022, the above-captioned Chapter 11 case be, and the same hereby closed, and a final decree is hereby issued; and it is further

ORDERED, that the Debtor provide a post-confirmation quarterly report for the period through the date of this Order and pay all United States Trustee fees and any applicable interest thereon within ten (10) days of the date of this Order.



Dated: Central Islip, New York
       March 27, 2024

                                                                          Robert E. Grossman
                                                     United States Bankruptcy Judge